UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY INSURANCE FUND and
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY ANNUITY FUND and
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
FINISHING TRADES INSTITUTE and TRUSTEES
OF THE INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES NATIONAL PENSION FUND
and DISTRICT COUNCIL NO. 9, INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,

                Plaintiffs,

-against-

RA TARGET PAINTING, INC.,

                Defendant.

Index No.: 24-CV-07608 (KMK)

DEFAULT JUDGMENT

---

This action having been commenced on October 8, 2024, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, RA Target Painting, Inc., on October 10, 2024 via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on October 16, 2024, and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of Thirty Three Thousand four hundred Ninety Eight and Ten Cents ($33,498.10), which includes the following: contributions due and owing in the sum of $22,281.86 for the audits periods April 1, 2018, through to and including June 30, 2021; interest in the sum of $3,417.86 calculated at 2% above prime per annum on the unpaid audit; liquidated damages in

the sum of $4,456.38 calculated at 20% of the principal amount owed; attorneys' fees in the sum of $2,857.00; plus court costs and disbursements of this action in the sum of $485.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  White Plains, New York
         December 11 , 2024

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.